■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN COOPER, Appellant. [44 NYS3d 773]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Carter, J.), rendered February 26, 2015, convicting him of burglary in the second degree, criminal possession of stolen property in the fifth degree, and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting his convictions is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of burglary in the second degree (Penal Law § 140.25 [2]), criminal possession of stolen property in the fifth degree (Penal Law § 165.40), and criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [12]), beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Leventhal, J.P., Hall, Sgroi and Duffy, JJ., concur.